STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    savith.iyengar@usdoj.gov

Attorneys for Defendant
ALEJANDRO MAYORKAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| I. CAROL WILLIAMS, | CASE NO.: 3:19-cv-00652 JCS (TSH) |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

    The parties to this action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and pursuant to the Settlement Agreement entered into by the parties to this action.

///

///

STIPULATION OF DISMISSAL
3:19-cv-00652 JCS (TSH)

1  IT IS SO STIPULATED.

2                                              Respectfully submitted,

3

4  Dated: March 1, 2021                        LAW OFFICE OF DEAN ROYER

5
                                        By:    **/s/ Dean Royer
6                                              DEAN ROYER
                                               Attorney for Plaintiff
7

8
   Dated: March 29, 2021                       STEPHANIE M. HINDS
9                                              Acting United States Attorney

10
                                        By:    /s/ Savith Iyengar
11                                             SAVITH IYENGAR
                                               Assistant United States Attorney
12                                             Attorney for Defendant

13
                                               ** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the
14                                             document has obtained approval from this signatory.

15

16

17
                            IT IS SO ORDERED
18 Dated: March 30, 2021
                            Judge Joseph C. Spero
19

20

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION OF DISMISSAL
3:19-cv-00652 JCS (TSH)